GEOFFREY C. CHACKEL, ESQ. (CSBN 207085)
geoff@chackellaw.com
THE LAW OFFICE OF GEOFFREY C. CHACKEL, PC
63088 N.E. 18TH Street, Suite 195
Bend, OR 97701
TEL: 619.567.2454
FAX: 619.452.1212

Attorney for Plaintiff and Counter-
Defendant, Dietrich von Behren

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIETRICH VON BEHREN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SNOWTECH, INC., a California corporation, <br><br> Defendant. | Case No. 2:17-CV-00355-JAM-DB <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SNOWTECH, INC., a California corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> DIETRICH VON BEHREN, an individual, <br><br> Counter-Defendant. | |

1

WHEREAS, Plaintiff and Counter-Defendant DIETRICH VON BEHREN ("Plaintiff") and Defendant and Counter-Claimant Snowtech, Inc., ("Snowtech") have entered into a Mutual Release Agreement ("Agreement") providing for the full and final resolution of the disputes between them;

WHEREAS, the Agreement provides for, among other things, that the Complaint and Counterclaims shall be dismissed with prejudice and that each party shall bear its own costs and attorneys' fees incurred herein;

NOW THEREFORE, Plaintiff and Snowtech enter the following Stipulation:

## **STIPULATION**

Plaintiff and Snowtech, by and through their undersigned counsel of record, stipulate to dismissal with prejudice of the Complaint and all Counterclaims and that each party shall bear its own costs and attorneys' fees incurred herein. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c), Plaintiff and Snowtech request an Order of the Court dismissing with prejudice the Complaint and the Counterclaims as stated herein.

Dated: June 11, 2018.  THE LAW OFFICE OF GEOFFREY C. CHACKEL, PC

By: /s/ Geoffrey C. Chackel, Esq.
GEOFFREY C. CHACKEL, Esq.
Attorney for Plaintiff Dietrich von Behren
63088 NE 18th Street, Suite 195
Bend, OR 97701
(T) 541-241-8590
(F) 541-508-7686
geoff@chackellaw.com

Dated: June 11, 2018.  Briner Law Offices

By: /s/ Drew Briner, Esq.
Drew Briner, Esq.
Attorney for Defendant Snowtech, Inc.
620 North Lake Blvd.

2

Tahoe City, CA 96145
(T) 530-583-8961

## **ORDER**

This matter came before the Court on a Stipulation for Dismissal with Prejudice filed by Plaintiff and Counter-Defendant Dietrich von Behren and Defendant and Counter-Claimant Snowtech, Inc. That Stipulation is hereby GRANTED AS REQUESTED, and the Complaint and all Counterclaims are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

Dated: 6/11/2018          /s/ John A. Mendez
                          United States District Court Judge